UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANA E. DICKSON,

    Plaintiff,

v.                                                     Case No. 8:20-cv-1599-WFJ-TGW

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

## **ORDER REMANDING TO COMMISSIONER**

Pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff seeks judicial review of an administrative decision denying her claim for Social Security disability insurance benefits (*see* Dkt. 1). At this juncture, the Commissioner of Social Security seeks entry of an order reversing and remanding the case for further administrative action. The Commissioner believes remand is appropriate and asserts the following:

> Upon remand, the Commissioner will offer Plaintiff an opportunity for a hearing and reassess Plaintiff's residual functional capacity based on the evidence of record, including medical opinions.

Dkt. 21. Plaintiff has no objection. Accordingly, it is ordered as follows:

1.     The Commissioner's Unopposed Motion for Entry of Judgment with Remand (Dkt. 21) is granted.

2.     The Commissioner's decision is reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

3.     The Clerk of Court is directed to enter judgment for Plaintiff and close this case.

**DONE AND ORDERED** at Tampa, Florida on July 29, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE